# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LINDA CLARK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 19-2423-KHV** |
| **J.C. PENNEY CORPORATION, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**(   )   JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. #16) filed January 22, 2020, this action is **DISMISSED.**

Dated: 1/22/2020                                              TIMOTHY M. O'BRIEN, CLERK

                                                                        s/ Andrea Schreyer
                                                                        Deputy Clerk

1